B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>EL PASO DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**VEY FINANCE, LLC** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all):<br>**90-0084176** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**7362 Remcon Circle<br>El Paso, TX**<br><br>ZIP CODE **79912** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (4/10)**                                                                                                    **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):    **VEY FINANCE, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                                                          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                         Page 3

| **Voluntary Petition**  *(This page must be completed and filed in every case)* | Name of Debtor(s):   VEY FINANCE, LLC |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b). | (Check only one box.)  ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X_____ | X_____  (Signature of Foreign Representative) |
| X_____ | _____  (Printed Name of Foreign Representative) |
| _____  Telephone Number (If not represented by attorney) | |
| _____  Date | _____  Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _Corey W. Haugland (signature)_    **Corey W. Haugland**       Bar No.**09234200**   **James & Haugland, P.C.**  P.O. Box 1770  El Paso, Texas 79949-1770    Phone No.**(915) 532-3911**      Fax**(915) 541-6440**    5/13/2011  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____  Printed Name and title, if any, of Bankruptcy Petition Preparer  _____  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  **VEY FINANCE, LLC**    X _(signature)_  Signature of Authorized Individual  **Veronica L. Veytia**  Printed Name of Authorized Individual  **Managing Member**  Title of Authorized Individual  **5/13/2011**  Date | Address  _____  X_____  _____  Date  Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.    Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.    If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.    *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.83.1, ID 4198*

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In Re: §
§
VEY FINANCE, LLC § Case No. _____
§
Debtor. §

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Veronica L. Veytia, declare under penalty of perjury tW. CHUCK BROGAN, III, M.D., PhD, P.A. hat I am the Managing Member of VEY FINANCE, LLC (hereinafter referred to as the "Company"), and that on May13, 2011, the following resolution was duly adopted by VEY FINANCE, LLC:

"WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court, Western District of Texas, El Paso Division, pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that, Veronica L. Veytia, Managing Member of this Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that, Veronica L. Veytia, Managing Member of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that, Veronica L. Veytia, Managing Member of this Company, is authorized and directed to employ Corey W. Haugland, attorney and the law firm of James & Haugland, P.C. to represent the Company in such bankruptcy case."

**Executed** on this 13th day of May, 2011.

VEY FINANCE, LLC

_____
Veronica L. Veytia, Managing Member

418979.1

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:   **VEY FINANCE, LLC**

CASE NO

CHAPTER   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept:                       **$41,769.50**

Prior to the filing of this statement I have received:            **$41,769.50**

Balance Due:                                                                   **–0–**

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 13, 2011
_____
Date

Corey W. Haugland
James & Haugland, P.C.
P.O. Box 1770
El Paso, Texas 79949-1770
Phone: (915) 532-3911 / Fax: (915) 541-6440

Bar No.  09234200

Veronica L. Veytia
Managing Member

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re  VEY FINANCE, LLC

Case No.

Chapter  **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $2,790,574.00 | | |
| B - Personal Property | Yes | 5 | $7,686,939.44 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $12,293,495.52 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $210,711.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 16 | $10,477,513.44 | $12,504,207.24 | |

B6A (Official Form 6A) (12/07)

In re  VEY FINANCE, LLC                                    Case No. _____
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| See Attached Exhibit A | Fee Simple | | $2,790,574.00 | $0.00 |
| | | Total: | $2,790,574.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **VEY FINANCE, LLC**                                   Case No. _____
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Funds in Registry of Court;<br>Civil Action Number EP-10-CV-00137 | $251,993.38 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of the West Acct # 4113XXX (as of 4/17/2011) | $28,329.90 |
| | | Capital  Bank Acct #001100XXXX (as of March 31, 2011) | $416.49 |
| | | Compass Bank Acct. #49046XXXX (as of March 31, 2011) | $755.39 |
| | | Compass Bank Acct #233510XXXX (as of March 31, 2011) | $778.37 |
| | | Capital Bank #001300XXXX (as of March 31, 2011) | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  VEY FINANCE, LLC
                                                       Case No. _____
                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | One Percent (1%) interest in Casa Palmira, LP | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  VEY FINANCE, LLC

Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Promissory Notes See Attached Exhibit B-18 | $6,810,862.58 |
| | | Summary Judgment entered on July 10, 2008 in favor of Debtor in Case Number CV-08-708 styled Vey Finance, LLC v. Roberto A. Blanco and Cassandra Blanco; Third Judicial District Court, County of Dona Ana, State of New Mexico. | $590,203.33 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Counterclaim in Civil Action #EP-10-CV-00137 | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  VEY FINANCE, LLC                                          Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Computers & Office Supplies (used at 500 Crown Point Drive) | $3,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   VEY FINANCE, LLC

Case No. _____

   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

_____4____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Total  >   $7,686,939.44

B6C (Official Form 6C) (4/10)

In re  **VEY FINANCE, LLC**                                    Case No. _____
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceed
(Check one box)                                                    $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment. | | $0.00 | $0.00

B6D (Official Form 6D) (12/07)

In re  VEY FINANCE, LLC

Case No. _____
                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bank of the West**<br>**500 North Mesa**<br>**El Paso, TX 79901** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**See Attached Exhibit D-1**<br>REMARKS:<br>See Attached Exhibit D-1<br><br>VALUE: **$2,293,058.00** | | | | $1,422,867.52 | |
| ACCT #:<br><br>**Capital Bank**<br>**8700 Montana**<br>**El Paso, TX 79925** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**See Attached Exhibit D-3**<br>REMARKS:<br>See Exhibit D-3<br><br>VALUE: **$1,470,628.00** | | | | $1,470,628.00 | |
| ACCT #:<br><br>**Compass Bank**<br>**690 Sunland Park**<br>**El Paso, TX 79912** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Promissory Note**<br>COLLATERAL:<br>**See Attached Exhibit D-2**<br>REMARKS:<br><br>VALUE: **$4,600,000.00** | X | X | X | $9,400,000.00 | $4,800,000.00 |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | $12,293,495.52 | $4,800,000.00 |
| | | Total (Use only on last page) > | | | | $12,293,495.52 | $4,800,000.00 |

_____No_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6E (Official Form 6E) (04/10)

In re **VEY FINANCE, LLC**          Case No. _____
                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached :

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **VEY FINANCE, LLC**                                    Case No. _____
                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**El Paso County Tax Assessor/Collect**<br>**P.O. Box 2992**<br>**El Paso, TX 79999** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>REO Property Taxes | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |

Total >  $0.00
(Use only on last page of the completed Schedule E.)

Totals >        $0.00   $0.00
(Use only on last page of the completed Schedule E.)

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re    **VEY FINANCE, LLC**                                Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Blanco Ordonez Wallace**<br>5715 Cromo Drive<br>El Paso, TX 79912 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $25,588.68 |
| ACCT #:<br>**Capital One Visa**<br>P.O. Box 85617<br>Richmond, VA 23285-5617 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,600.00 |
| ACCT #:<br>**Casa Palmira**<br>1517 Montana<br>El Paso, Texas 79902 | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Comptroller of Public Accounts**<br>111 E. 17th Street<br>Austin, TX 78774-0100 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**David Aelvoet**<br>Linbarger, Goggan, Blair<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**El Paso Central Appraisal District**<br>5801 Trowbridge<br>El Paso, TX 79925 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

|  | Subtotal > | $27,188.68 |
|---|---|---|

__2__ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __VEY FINANCE, LLC__        Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**George Veytia**<br>**3900 Bancroft**<br>**El Paso, TX 79902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $56,000.00 |
| ACCT #:<br>**Gordon Davis Johnson**<br>**P.O. Box 1322**<br>**El Paso, TX 79947-1322** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $3,852.81 |
| ACCT #:<br>**Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Kemp Smith, LLP**<br>**221 N. Kansas Ste. 1700**<br>**El Paso, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $29,152.60 |
| ACCT #:<br>**Parkland Capital**<br>**1701 E. Yandell**<br>**El Paso, TX 79902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $46,729.57 |
| ACCT #:<br>**State Comptroller of Public Accounts**<br>**Revenue Accounting Division - Bankruptcy**<br>**P.O. Box 13528**<br>**Austin, TX 78711** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___1___ of 2 _____ continuation sheets attached to       Subtotal >    $135,734.98
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **VEY FINANCE, LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **United States Attorney** <br> **601 N.W. Loop 410, Suite 600** <br> **San Antonio, Texas 78216** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **United States Attorney General** <br> **Department of Justice** <br> **950 Pennsylvania Ave. N.W.** <br> **Washington, D.C. 20530** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **United States Trustee** <br> **P.O. Box 1539** <br> **San Antonio, TX 78295** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trustee** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Viola Veytia** <br> **3900 Bancroft** <br> **El Paso, TX 79902** | | DATE INCURRED: <br> CONSIDERATION: <br> **Loans** <br> REMARKS: | | | | $47,788.06 |
| | | | | | | |
| | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | $47,788.06 |
| **Total >** | $210,711.72 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **VEY FINANCE, LLC**                                         Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Deborah Perez**<br>323 Chelsea<br>El Paso, TX 79905 | Residential Lease<br>Contract to be ASSUMED |
| **Edward & Jennifer Donnarumma**<br>4129 Tierra Bronce<br>El Paso, TX 79938 | Residential Lease<br>Contract to be ASSUMED |
| **Intelligent Office**<br>7362 Remcon Circle<br>El Paso, Texas 79912 | Contract for Registered Agent, Mail, Payments Accepted<br>Contract to be ASSUMED |
| **James Marquez**<br>325 Chelsea<br>El Paso, TX 79905 | Residential Lease<br><br>Contract to be ASSUMED |
| **Jessica Pilson**<br>5906 Cleveland<br>El Paso, TX 79905 | Residential Lease<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  VEY FINANCE, LLC

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Justin Boyce/Brenda Carillo**<br>14153 Robert Ituerte<br>El Paso, TX 79938 | Month-to-month tenancy after expiration of original term of written lease.<br>Contract to be ASSUMED |
| **Monica Villegas**<br>12664 Sun Trail<br>El Paso, TX 79938 | Month-to-month tenancy after expiration of original term of written lease<br>Contract to be ASSUMED |
| **Nick & Karen Ornelas**<br>3021 Tierra Nova<br>El Paso, TX 79938 | Residential Lease<br>Contract to be ASSUMED |
| **Sistos, LLC**<br>1516 Lomaland<br>El Paso, TX 79935 | Commerical Lease<br>Contract to be ASSUMED |
| **Taylor Childcare, LP.**<br>4841 Salem<br>El Paso, TX 79924 | Commercial Lease<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  VEY FINANCE, LLC

Case No. _____
                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Terry Sponable**<br>5906 Cleveland<br>El Paso, TX 79905 | Residential Lease<br>Contract to be ASSUMED |
| **Verizon Wireless**<br>P.O. Box 96088<br>Bellevue, WA 98009 | Phone and Internet service<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)
In re **VEY FINANCE, LLC**

Case No. _____
                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carlos & Veronica Veytia**<br>500 Crown Point<br>El Paso, TX 79912 | **Bank of the West**<br>500 North Mesa<br>El Paso, TX 79901 |
| **Carlos & Veronica Veytia**<br>500 Crown Point<br>El Paso, TX 79912 | **Capital Bank**<br>8700 Montana<br>El Paso, TX 79925 |
| **Carlos & Veronica Veytia**<br>500 Crown Point<br>El Paso, TX 79912 | **Compass Bank**<br>690 Sunland Park<br>El Paso, TX 79912 |

REOs

Schedule A

| Borrower | Address | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lien w/ Compass Bank** | | | | |
| Legal Description: <br><br> A parcel of land situated in the JAMES J. MOONEYHAM SURVEY, Abstract No. 928, DALLAS County, Texas and being part of the original 92 acre tract conveyed to Ellie L. Haynes according to Deed recorded in Volume 437, Page 421, of the Deed Records of Dallas County, Texas, and being more particularly described in Exhibit "A" attached hereto (such property also known by its municipally designated street address as 3265 Chapel Downs Drive, Dallas, Texas) (the "**Property**"); | 3265 Chappel Downs, Dallas, TX 75229 | fee simple | 310,000.00 unknown | |
| Legal Description: <br><br> Lots 30 and 31, MAP OF BRENTWOOD HEIGHTS, an Addition to the City of El Paso, El Paso County, Texas, according to the map, thereof on File on Book 5, Page 55, Plat Records of El Paso County, Texas; municipally known as 323-325 Chelsea Street | 323-325 Chelsea | fee simple | 323, $13,216.00 <br> 325, $16,358.00 <br> CAD, 4/20/2011 <br> unknown | |
| Legal Description: <br><br> LOT 2, BLOCK 10, WOMBLE ADDITION, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 13, PAGE 32, PLAT RECORDS OF EL PASO COUNTY, TEXAS. MUNICIPALLY KNOWN AS 5906 CLEVELAND AVENUE, EL PASO, TEXAS 79905. | 5906 Cleveland 79907 | fee simple | $50,000.00 unknown | |
| Legal Description: <br><br> LOT 28, BLOCK 28, FRANKLIN HILLS UNIT SEVEN, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 80 | 1263 Franklin Jay 79912 | fee simple | 420,000.00 unknown <br> (Listed 449,000) | |
| PAGE 65, PLAT RECORDS OF EL PASO COUNTY, TEXAS | | | | |
| Legal Description: <br><br> LOT 12, BLOCK 3, HOVELAND ESTATES UNIT -2, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF ON FILE IN VOLUME 66, PAGE 48, REAL PROPERTY RECORDS OF EL PASO COUNTY, TEXAS. ALSO KNOWN AS 14410 HOVELAND LANE, EL PASO, TX 79938 | 11410 Hoveland 79938 | fee simple | 93,000.00 unknown | |

EXHIBIT
"A"

tabbies

REOs

Schedule A

| Borrower | Address | Nature of Debtor's | Current Value of Debtor's Interest | Amount of Secured |
|---|---|---|---|---|
| **Legal Description:** *A PORTION OF LOT 6, BLOCK 261, VISTA DEL SOL UNIT FIFTY, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS SHOWN IN EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR ALL PURPOSES INTENDED;* | 1516 Lomaland 79935 | | fee simple | 480,000.00 | unknown |
| **Legal Description:** *LOT 5, BLOCK 328, VISTA DEL SOL UNIT SIXTY-SIX, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS. ACCORDING TO THE PLAT THEREOF ON FILE IN VOLUME 66, PAGES 46, 46A AND 46B, REAL PROPERTY RECORDS, EL PASO COUNTY, TEXAS, MUNICIPALLY KNOWN AS 11716 LORRI DRIVE, EL PASO, TX 79936;* | 11716 Lorri Dr 79936 | | fee simple | 110,000.00 C4O 4/20/2011 | unknown |
| **Legal Description:** *A PORTION OF LOT 25, BLOCK 40, APOLLO HEIGHTS UNIT TEN, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS. ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 54, PAGE 19, PLAT RECORDS OF EL PASO COUNTY, TEXAS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS SHOWN IN EXHIBIT "B" ATTACHED HERETO AND MADE A PART HEREOF FOR ALL PURPOSES INTENDED;* | 4841 Salem 79924 | | fee simple | 530,000.00 | unknown |
| **Legal Description:** *LOT 97, BLOCK 146, TIERRA DEL ESTE UNIT THIRTY-SIX, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS. ACCORDING TO THE MAP ON FILE IN DOCUMENT NO. 20060028210, REAL PROPERTY RECORDS, EL PASO COUNTY, TEXAS; (4129 TIERRA BRONCE DRIVE).* | 4129 Tierra Bronce 79936 | | fee simple | 175,000.00 | unknown |
| **Legal Description:** *LOT 13, BLOCK 110, TIERRA DEL ESTE UNIT TWENTY SEVEN, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS. ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 79, PAGE 105 AND 105A, PLAT RECORDS OF EL PASO COUNTY, TEXAS.* | 3021 Tierra Nora 79936 | | fee simple | 160,000.00 | unknown |
| **Owned By Vey Finance** | | | | |
| **Legal Description** *A tract of land out of the A. G. WALKER SURVEY, Abstract No. 1630, City of North Richland Hills, Tarrant County, described by metes and bounds in EXHIBIT A attached hereto and made a part hereof for all purposes intended.* | 3816 Flory, North Richland Hills, TX | | fee simple | 50,000.00 | 48,982.00 |
| **Legal Description:** *LOT 10, BLOCK 36, SUN RIDGE SUBDIVISION UNIT 13, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS ACCORDING TO MAP OR PLAT THEREOF, RECORDED IN VOLUME 77, PAGES 102 AND 102A, OF THE PLAT RECORDS OF EL PASO COUNTY, TEXAS, MUNICIPALLY KNOWN AS 12664 SUN TRAIL DRIVE, EL PASO, TEXAS 79938.* | 12664 Sun Trail 79938 | | fee simple | 128,000.00 | unknown |
| **Lien w/Capital Bank** **Legal Description:** | 14153 Robert Ituarte 79938 | | fee simple | 165,000.00 | 167,516.00 |

RECs

Schedule A

| Borrower | Address | Nature of Debtor's | Current Value of Debtor's Interest | Amount of Secured |
|---|---|---|---|---|
| LOT 12, BLOCK 157, TIERRA DEL ESTE UNIT FORTY-FOUR, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF, UNDER CLERK'S FILE NO. 20060028217, REAL PROPERTY RECORDS, EL PASO COUNTY, TEXAS, MUNICIPALLY KNOWN AS 14153 ROBERT ITUARTE DRIVE, EL PASO, TX 79938 | | | | |
| | | | | |
| | | | | |
| *In suspense/Compass* | 3 lots, Los Jardines | fee simple | | unknown |
| *2 Jardines del Valle, Lot 15 El Paso County, Texas 79922* | 1. 5025 Jardines Place | fee simple | 30,000.00 | unknown |
| *2 Jardines del Valle, Lot 16 El Paso County, Texas 79922* | 2. 4997 Rico Valles Lane | fee simple | 30,000.00 | unknown |
| *2 Jardines del Valle, Lot 17 El Paso County, Texas 79922* | 3. 4993 Rico Valles Lane | fee simple | 30,000.00 | unknown |

## Vey Finance
## Balances: Notes Receivable
Report as of: 04/20/11   Printed on: 04/20/11
Investor: All   Notes: No filter

| Name | Loan number | Acc Int | Balance | Basis | Escrow | Late | Service |
|------|-------------|--------:|--------:|------:|-------:|-----:|--------:|
| BautistaG | BautistaG-RC | 211.17 | 90401.98 | 0.00 | -2265.44 | 16.45 | 0.00 |
| Blanco | Blanco  -RC | 233416.74 | 510400.00 | 510400.00 | -395.44 | 0.00 | 0.00 |
| Cabrera | Cabrera  -RC | 0.00 | 203556.30 | 203556.30 | 0.00 | 0.00 | 0.00 |
| DiazR | DiazR   -RC | 0.00 | 264427.60 | 264427.60 | -1345.32 | 0.00 | 0.00 |
| Eckols3 | Eckols3  -RC | 0.00 | 103581.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Estrada | Estrada  -RC | 6202.04 | 87979.61 | 0.00 | 2205.74 | 0.00 | 0.00 |
| Fierro | Fierro  -RC | 27.96 | 33552.08 | 0.00 | -1051.77 | 0.00 | 248.87 |
| FOXX2 | FoxxA   -RC | 3887.84 | 660174.40 | -394.10 | -32800.54 | 0.00 | 82.00 |
| Freres | Freres  -RC | 0.00 | 506912.83 | 0.00 | -1054.65 | 0.00 | 25.00 |
| Garcia, i. | Garcia, I-RC | 0.00 | 90697.22 | 0.00 | -1382.61 | 0.00 | 0.00 |
| Gonzalez | Gonzalez -RC | 320.73 | 67458.39 | 0.00 | 1089.44 | 0.00 | 14.00 |
| Hernandez, | Hernand,D-RC | 2661.49 | 319541.22 | 0.00 | -4627.97 | 0.00 | 0.00 |
| Khoury | Khoury  -RC | 1683.96 | 401037.35 | 401037.35 | 0.00 | 322.72 | 0.00 |
| LopezO | LopezOmar-RC | 205.31 | 209693.39 | 209693.39 | -6841.66 | 0.00 | 0.00 |
| Manjarrez | Manjarrez-RC | 0.00 | 59128.94 | 59128.94 | -4234.27 | 0.00 | 0.00 |
| Melendez | Melendez -RC | 0.00 | 29304.14 | 0.00 | 7428.86 | 0.00 | 0.00 |
| Montenegro | Montenegr-RC | 0.00 | 57771.81 | 0.00 | 1272.12 | 138.20 | 0.00 |
| Munoz | Munoz  -RC | 0.00 | 84095.58 | 0.00 | -4978.75 | 0.00 | 0.00 |
| Palacio | Palacios -RC | 480.89 | 79740.39 | 79740.39 | 2154.02 | 835.48 | 0.00 |
| Pedregon | Pedregon -RC | 0.00 | 21813.31 | 21813.31 | 0.00 | 0.00 | 0.00 |
| Quijasl | Quijasl  -RC | 0.00 | 529452.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rangel, J. | Rangel,J -RC | 8601.67 | 400000.00 | 400000.00 | -6081.67 | 0.00 | 0.00 |
| Rocha, Mar | Rocha, M.-RC | 0.00 | 45670.53 | 0.00 | -3465.57 | 0.00 | 0.00 |
| Ruiz | Ruiz   -RC | 0.00 | 158263.39 | 158263.39 | 11532.40 | 0.00 | 0.00 |
| Santillan | Santillan-RC | 160.26 | 47788.06 | 47788.06 | 998.25 | 35.49 | 0.00 |
| Tellez | Tellez  -RC | 0.00 | 60100.02 | 60100.02 | -1970.11 | 0.00 | 25.00 |
| Trejo | Trejo  -RC | 0.00 | 128067.84 | 128067.84 | 0.00 | 0.00 | 0.00 |
| VARELA 2 | VARELA 2 -RC | 2079.26 | 32779.58 | 0.00 | 0.00 | 44.30 | 0.00 |
| VarelaJ | VarelaJR -RC | 0.00 | 222921.12 | 0.00 | -14621.21 | 0.00 | 125.00 |
| Vargas | Vargas  -RC | 0.00 | 101555.04 | 101555.04 | 69.52 | 0.00 | 0.00 |
| Vasquez | Vasquez -RC | 2085.43 | 199200.00 | 199200.00 | -2269.44 | 0.00 | 0.00 |
| Wright | Wright  -RC | 0.00 | 87537.26 | 87537.26 | -514.18 | 0.00 | 0.00 |
| Zapata | Zapata,J.-RC | 23787.62 | 93868.48 | 93868.48 | 483.02 | 0.00 | 0.00 |
| ZapataM | Hidalgo  -RC | 0.00 | 19626.65 | 19626.65 | 1413.02 | 0.00 | 0.00 |
| Total: 34 | | 285812.37 | 6008097,77 | 3045409.92 | -61254.21 | 1392.64 | 519.87 |
| Average: | | 8406.25 | 176708.76 | 89570.88 | -1801.59 | 40.96 | 15.29 |
| Net: | | | 6234568.44 | | | | |

EXHIBIT

B-18

April 18, 2011

**Schedule D – Creditors Holding Secured Claims as of March 31, 2011**

1. **Bank of the West**          **Renewed 3/31/2011**      **Balance**    **1,442,867.52 balance**
   **500 North Mesa**            **Real Estate LOC**
   **El Paso, TX 79901**         **Held by 11 RE Loans**
                                 **Residential**
                                 **2,293,058.00 value**

   Roberto Blanco                                    *( $510,400.00 balance/VEY)*
   430 Country Oaks, EP TX 79932
   Legal Description: Vacant land, Lots 2, 5, 8, 11, 14, 17, 20, 21, 24, 27
                     30, 33, 36, 39, 42, 45, 48, 51, 54, 57, 60, 61
                     Las Cruces, NM 88001
                     A tract of land situate Northeast of Las Cruces, Dona Ana
                     County, New Mexico, located in Section 14, T22 S, R2E,
                     NMPM of the USGLO Surveys, and being more particular

   Alma Fierro                                       *($33,552.08 balance/VEY)*
   428 Figueroa  Socorro, TX 79927
   Legal Description: Lot 5-C-9, Block 27, SOCORRO GRANT, an addition to the
                     City of Socorro, El Paso County, Texas, also known as
                     428 Figueroa, El Paso, TX 79927

   Eduardo and Mra.de Jesus Figueroa      *($56,267.87 balance/VEY)*
   1043 Cranbrook Fabens, TX 79838
   Legal Description: Lot 11, Block 6, STIRHAM HILLS SUBDIVISION, El Paso
                     County, Texas, according to the map thereof on File in Book 60,
                     Page 17, Plat Records of el Paso County, Texas, municipally
                     known as 1043 Cranbrook Street, Fabens, TX 79838.

   Juan Jose and Ofelia Munoz        *( $84,121.34 balance/VEY)*
   512 Chula Vista  El Paso, TX 79915
   Legal Description: Lots 19 and 20, Block 2, LINDA VISTA GARDENS, an
                     Addition to the City of El Paso, El Paso County, Texas, according to the map
                     Thereof on File in Book 3, Page 33, Plat Records of El Paso County, Texas,
                     municipally known as 512 Chula Vista Street, El Paso, TX 79915.

   Joe Bryan Rangel                      *( $400,000.00 balance/VEY)*
   601 Deerpath Way  Spicewood, TX 78669
   Legal Description: Being Lot No. Three (3), Deerpath Ranch, a subdivision in
                     Burnet County, as shown on plat recorded in Cabinet 2,
                     Slides 167D and 168A, Plat Records of Burnet County, Texas;



EXHIBIT

D-1

Jose Luis Reynosa                    *($80,237.14 balance/VEY)*
815 Mundy El Paso, TX 79902
    Legal Description: The West ½ of Lot 15 and all of Lot 16, Block 29, SUNSET
    HEIGHTS, SECOND REVISED MAP, an addition to the City of El Paso, El Paso
    County, Texas, according to the plat thereof on file in Volume 10, Page 47, Real
    Property Records, El Paso County, Texas, municipally known as 815 Mundy Drive,
    El Paso, Texas 79902.

Maria Rocha                    *($45,670.35 balance/*VEY)
8801 Mount Delano Drive El Paso, TX 779904
    Legal Description: Lot 1274, Block 52, Mountain View Addition, as addition to the
    City of El Paso, El Paso County, Texas, according to the map and plat thereof on file in
    Volume 1, Page 62, Plat Records of El Paso County, Texas.

Ramon Ruiz and Raquel Salinas                    *($159,062.40 balance/VEY)*
1405 Pintoresco El Paso, TX 79935
    Legal Description: Lot 25, Block 26, VISTA DEL SOL UNIT SIX, an addition to the
    City of El Paso, El Paso County, Texas, according to the plat hereof on file in Volume 35,
    Pages 9 and 9A, Real Property Records, El Paso County, Texas, municipally known as
    1405 Pintoresco Drive, El Paso, Texas 79935.

Paul and Julie Kae Vasquez                    *($199,200.00 balance/VEY)*
1315 Elm Street El Paso, TX 79930
    Legal Description: Lots 20, 1, 22, 23 and 24, Block 36, MANHATTEN HEIGHTS
    ADDITION, an addition to the City of El Paso, El Paso County, Texas, according to the map
    Made for tax purposes on file at the Central Appraisal Distict, municipally known as
    1315 Elm Street, El Paso, Texas, 79930.

Jose Zapata                    *($94,400.00 balance/VEY)*
2420 Tierra Rica Way El Paso, TX 79938
    Lot 6, Block 14, TIERRA DEL ESTE UNIT TWO, an addition to the City of El Paso
    El Paso County, Texas, according to the plat thereof on file in Volume 76, Page 50,
    Real Property Records, El Paso County, Texas, municipally known as 2420 Tierra Rica Way.

Maria Zapata                    *($19,760.74 balance/VEY)*
9221 Carranza El Paso, TX 79907
    Lot 155, THIRD SECTION SINGH ADDITION, an ADDITION to the City of El Paso, El Paso
    County, Texas, according to the Plat thereof recorded in Volume 2, Page 59, Real Property
    Records of El Paso County, Texas.

| Schedule D - Compass Bank | Existing Collateral Notes | Address (El Paso, TX unless otherwise noted) | Original Loan Balance | Current Balance |
|---|---|---|---|---|
| 2007002542 | Jesus Roberto Varela | 7267 Alameda 79907 | $216,000.00 | unknown |
| | | Lot 8C, Block 24, YSLETA GRANT, an addition to the City of El Paso, Texas, being more particularly described by metes and bounds in Exhibit "A", attached hereto and made a part hereof. | | |
| 2007006/913 | Irene Garcia | 2712 Altura 79930 | Replacement | unknown |
| | | Lot 26 and 27, Block 106, THIRD AMENDED MAP OF HIGHLAND PARK ADDITION, an addition to the City of El Paso, El Paso County, Texas, according to the Plat thereof recorded in Volume 13, Page 8, Plat Records of El Paso County, Texas municipally known as 2717 Altura Avenue, Texas 79902. | | |
| 2007001 8031 | Raymundo, Ana P. Melendez | 5129 Bradley Rd 79938 | $34,200.00 | unknown |
| | | Lot 17, Block 37, HACIENDAS DEL NORTE UNIT THREE, an Addition to the City of El Paso, El Paso County, Texas, according to the Plat thereof recorded in Volume 60, Pages 35, 35A and 35B, Plat records of El Paso County, Texas, also known as 5129 Bradley Road, El Paso, Texas 79938 | | |
| | REO | 3265 Chappel Downs, Dallas, TX 75229 | $409,500.00 | unknown |
| | | A parcel of land situated in the JAMES J. MOONEYHAM SURVEY, Abstract No. 928, DALLAS County, Texas and being part of City of Dallas Block No. 6431, and being a portion of the original 92 acre tract conveyed to Ellie L. Haynes according to Deed recorded in Volume 437, Page 421, of the Deed Records of Dallas County, Texas, and being more particularly described in Exhibit "A" attached hereto (such property also known by its municipally designated street address as 3265 Chapel Downs Drive, Dallas, Texas) (its "Property"); | | |
| 2007008051 | REO | 323-325 Chelsea 79905 | Replacement | unknown |
| | | Lots 30 and 31, MAP OF BRENTWOOD HEIGHTS, an Addition to the City of El Paso, El Paso County, Texas, according to the map, thereof on File on Book 5, Page 56, Plat Records of El Paso County, Texas; municipally known as 323-325 Chelsea Street | | |
| 200200/0434 | REO | 5906 Cleveland 79907 | $52,000.00 | unknown |
| | | LOT 2, BLOCK 10, WOMBLE ADDITION, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 13, PAGE 34, PLAT RECORDS OF EL PASO COUNTY, TEXAS, MUNICIPALLY KNOWN AS 5906 CLEVELAND AVENUE, EL PASO, TEXAS 79905. | | |

EXHIBIT
D-2

| | Address (El Paso, TX unless otherwise noted) | Original Loan Balance | Current Balance |
|---|---|---|---|
| **Guillermo and Angie Bautista** Lot 20, Block 8, PEBBLE HILLS SUBDIVISION UNIT 1, an ADDITION to the to the City of El Paso, el Paso County, Texas, according to the map of El Paso thereof on file in Book 36, Page 6, Plat Records of El Paso County, Texas. | 10529 Darin Rd 79936 | $84,960.00 | unknown |
| **Rafael Vargas (Two Deeds of Trust)** Lot 11, Block E6584, of VARGAS TRUCKING ADDITION, an addition to the Plat thereof recorded under Clerk's File No. 20000027619, of | 4746 Don Drive, Dallas, TX 75247 to the City of Dallas, Dallas County, Texas, according the Map Records of Dallas County, Texas. | $108,000.00 | unknown |
| **Rafael Vargas (Two Deeds of Trust)** Lot 35, Block D6584, of INDUSTRIAL ACRES ADDITION (REVISED) according to the Revised Plat thereof recorded in Volume 12, Page | 4807 Don Drive, Dallas, TX 75247 an addition to the City of Dallas, Dallas County, Texas 317, of the Map of Dallas County, Texas. | see above | see above (one more - one amount) |
| **Rosa I. Montenegro and Francisco Montenegro** Lot 22 and 50 West 15 feet of Lot 21, Block 122, of SUPPLEMENTAL City of El Paso, El Paso County, Texas, according to the Plat thereof recorded in Volume 1, Page 51, Plat records of El Paso County, Texas. | 3206 Douglas Ave 79930 MAP NO. 1 OF EAST EL PASO, an addition to the | $52,200.00 | unknown |
| **Michael Freres** A portion of Tract 6B, Section 29, Block 80, Township 1, TEXAS AND County, Texas, said land being more particularly described by metes part hereof | 11101 Dyer St 79904 PACIFIC RAILWAY COMPANY SURVEYS, El Paso and bounds in Exhibit 'A'. Attached hereto and made a | $463,500.00 | unknown |
| **Frank and Anna Gabbert** Lot 42, Block 8, STANTON HEIGHTS UNIT TWO, an addition to the the Plat thereof recorded in Volume 73, Page 3, Plat records of El Paso 3323 Elias Plaza, El Paso, Texas 79936. | 3323 Elias Place 79936 City of El Paso, El Paso County, Texas, according to the County Texas, municipally known as | Replacement | unknown |
| **REO** LOT 28, BLOCK 2A, FRANKLIN HILLS UNIT SEVEN, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME | 1283 Franklin Jay 79912  80 | $530,190.00 | unknown  funded twice |
| **Beleida de la Fe, Isaac Quillas** Tract 6-A, LEIGH CLARK SURVEY No. 294, El Paso County, Texas, NO. 294, made by El Paso County, Texas, for tax purposes (a/k/a a an addition to El Paso County, Texas according to the plat filed of El Paso County, Texas, said land being more particularly described by | 11840 Gateway East 79927 according to the resurvey of said LEIGH CLARK SURVEY portion of Block 16, PANORAMA VILLAGE UNIT 1, record in Volume 14, Page 42, of the Plat Records of metes and bounds in Exhibit 'A' attached hereto and made a part of for all | $492,000.00 | unknown  purposes. |

| | Address (El Paso, TX unless otherwise noted) | Original Loan Balance | Current Balance |
|---|---|---|---|
| **Tom Eckols**<br>Being 10.39 acres of land, more or less, out of JOHN O'NEIL SURVEY NO. 2, being more particularly described by metes and bounds in Exhibit "D" attached | **Ranch Land**<br>SURVEY NO. 2, Abstract 333, Hays County, Texas<br>attached hereto. | $114,975.00 | unknown |
| 2004-008-3353 **Alfonso Cabrera**<br>A portion of Lot 6, and a portion of Lots 4 and 5, ROSEDALE FARMS COMPANY SUBDIVISION MAP NO. 2, an addition to the City of El Paso, El Paso County, Texas, according to the Plat thereof, recorded in Volume 18, Page 27, Plat Records of El Paso County, Texas, and being more particularly described by metes and bounds in EXHIBIT A attached hereto and made a part hereof for all purposes intended. | **7822 San Jose 79915** | $241,290.00 | unknown |
| *REO*<br>*A PORTION OF LOT 25, BLOCK 40, APOLLO HEIGHTS UNIT TEN, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 54, PAGE 19, PLAT RECORDS OF EL PASO COUNTY, TEXAS AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS SHOWN IN EXHIBIT "B" ATTACHED HERETO AND MADE A PART HEREOF FOR ALL PURPOSES INTENDED.<br>(4129 TIERRA BRONCE DRIVE)* | **4841 Salem** | $842,400.00 | unknown |
| 2006700b01735 **REO**<br>*LOT 97, BLOCK 146, TIERRA DEL ESTE UNIT THIRTY-SIX, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS*<br>*ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN DOCUMENT NO. 20060028210, REAL PROPERTY RECORDS, EL PASO COUNTY, TEXAS;* | **4129 Tierra Bronce 79936** | **Replacement** | unknown |
| 2006-008-2534 **REO**<br>*LOT 15, BLOCK 110, TIERRA DEL ESTE UNIT TWENTY SEVEN, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS,*<br>*ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 79, PAGE 105 AND 106A, PLAT RECORDS OF EL PASO COUNTY, TEXAS;* | **3021 Tierra Nora 79936** | **Replacement** | unknown |
| **Rosario Diaz**<br>Tracts 29, 46 and 47, LOS RANCHITOS SUBDIVISION, an addition to the City of El Paso, El Paso County, Texas, according to the plat thereof on file in Volume 2, Page 4, Real Property Records, El Paso County, Texas. | **5529 Threadcll** | **Suspense** | unknown |
| 2007-002-5408 **Jose and Rosa Puentes**<br>Lot 3, Block 4m DEERFIELD PARK, an addition to El Paso County, Texas, according to map or plat thereof recorded in Volume 60, Pages 89 and 89A, of the Plat Records of 14940 Whitetail Deer, El Paso, TX 79930. | **14940 Whitetail Deer 79938**<br>El Paso County, Texas, municipally known as | **Replacement** | unknown |

| | Address (El Paso, TX unless otherwise noted) | Original Loan Balance | Current Balance |
|---|---|---|---|
| **200700 8014** **REO** | 11410 Hovland 79938 | $91,000.00 | unknown |
| *LOT 12, BLOCK 3, HOVELAND ESTATES UNIT -2, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS,* | | | |
| *ACCORDING TO THE PLAT THEREOF ON FILE IN VOLUME 66, PAGE 49, REAL PROPERTY RECORDS OF EL PASO COUNTY, TEXAS,* | | | |
| *ALSO KNOWN AS 11410 HOVELAND LANE, EL PASO, TX 79938* | | | |
| **200700012** **Dora Zamarippa** | 11881 John Weir 79936 | Replacement | unknown |
| Lot 5, Block 61-A, VISTA HILLS UNIT TWENTY, an addition to the City | of El Paso, El Paso County, Texas, according to | | |
| the Plat thereof recorded in Volume 65, Page 35, Plat Records of El | Paso County, Texas, also known as | | |
| 11881 John Weir Drive, El Paso, TX 79936. | | | |
| **REO** | | | |
| | 1516 Lomaland | with Salem | unknown |
| *A PORTION OF LOT 6, BLOCK 261, VISTA DEL SOL UNIT FIFTY, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS,* | | | |
| *ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 51, PAGE 23, PLAT RECORDS OF EL PASO COUNTY, TEXAS AND BEING MORE PARTICULARLY* | | | |
| *DESCRIBED BY METES AND BOUNDS AS SHOWN IN EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR ALL PURPOSES INTENDED;* | | | |
| **200700015 13** **REO** | 11716 Lorri Dr 79936 | Replacement | unknown |
| *LOT 5, BLOCK 328, VISTA DEL SOL UNIT SIXTY SIX, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS* | | | |
| *ACCORDING TO THE PLAT THEREOF ON FILE IN VOLUME 66, PAGES 46, 46A AND 46B, REAL PROPERTY RECORDS,* | | | |
| *EL PASO COUNTY, TEXAS, MUNICIPALLY KNOWN AS 11716 LORRI DRIVE, EL PASO, TX 79936;* | | | |
| **200700102** **Francis Khoury** | 6308 Montana 79925 | $427,500.00 | unknown |
| Tract 9-C-2 and 9-C-3, Block 2, ASCARATE GRANT, an ADDITION to | City of El Paso, El Paso County, Texas. | | |
| **200700605** **Ramon Manjierrez** | 7931 Night Fall 79932 | $72,308.00 | unknown |
| Lot 27, Block 1, SUNSET VIEW SUBDIVISION, an Addition to the City of | of El Paso, El Paso County, Texas, according to the map | | |
| thereof on File in Book 76, Page 65, Plat Records of El Paso County, | Texas. | | |
| **28959** **John and Betty Wright** | 412 E. Oasis, Chaparral, NM 88081 | $83,700.00 | unknown |
| Lot 31, in Block X of Chaparral Subdivision Number Two, located in | Dona Ana County, State of New Mexico, as the same | | |
| is shown and designated on the plat thereof filed for record in the office | of the County Clerk of Dona Ana County, New Mexico | | |
| on February 16, 1971 and recorded in Book 10 at Pages 72-74, Plat | Records. | | |

## Schedule D Capital Bank

| Loan Number | Borrower | Address | Type | Original Loan | 3/31/2011 Current Balance |
|---|---|---|---|---|---|
| 17024069 | Fernando Palacio | 140 Atlantic 79922 — of LOT 13, Block 1, PACIFIC PARK, an Addition to the City of El Paso, El Paso County, Texas. Lot 13, and a portion thereof on File in Book 3, Page 55, Plat Records of El Paso County, Texas, said portion according to the map being more particularly described by Metes and Bounds as shown in Exhibit A attached hereto and made a part hereof for all purposes intended municipally known as 140 Atlantic Road, El Paso, Texas 79922. | Residential | 72,000.00 | 66,440.00 |
| 17023863 | Justin Tellez | 452 Butchofsky, 79907 — A portion of Tracts 29 and 30, PENDALE ACRES MAP NO. 4, an addition to the City of El Paso, El Paso County, Texas, and being more particularly described map thereof on File in Book 5, Page 55, Plat Records of El Paso County, Texas according to the shown in Exhibit A attached hereto and made a by Metes and Bounds as part hereof for all purposes intended, municipally known as 452 Butchofsky, El Paso, Texas 79907. | Residential | | 42,207.00 |
| 17025652 | Omar Lopez | 13435 Emerald Bay — Lot 28, Block 1, EMERALD PARK UNIT 1 AMENDING PALT Horizon City, TX an addition to El Paso County Texas, according to the Plat thereof recorded in Volume 79, Pages 94 and 94A, Plat Records of El Paso County, Texas | Residential | 190,800.00 | 184,452.00 |
| 17023863 | Javier Estrada | 541 Gallagher, 79915 — Lot 10, Block 1, LINDA VISTA GARDENS an Addition to the City of El Paso, El Paso County, Texas according to the map or plat thereof recorded in Volume 3, Page 33, of the Plat Records of El Paso County, Texas, municipally known as 541 Gallagher Street, El Paso, Texas 79915. With Gallagher | Residential | 244,152.00 | 64,264.00 |
| 17020257 | Alan Fox | 1640 Gateway East, 79927 — Tracts 5-Q and 5-V, LEIGH CLARK SURVEY NO. 293 made by El Paso County, Texas for LEIGH CLARK NO. 293, in El Paso tax purposes, and being more by metes and bounds in Exhibit 'A', attached hereto and made a part hereof. according to the resurvey of said particularly described | Commercial | $599,625 | 531,174.00 |

EXHIBIT

D-3

| No. | Name | Address | Description | Type | Amount | Value |
|---|---|---|---|---|---|---|
| 17022303 | Danny Hernandez | 616 Meadowlark, 79922 | A portion of Tract 1 COUNTRY CLUB PLACE SOUTHSIDE, an addition to the City of El Paso, El Paso County Texas according to the plat thereof in file in Volume 8, Page 25, Real Property Records, El Paso County, Texas said portion being more particularly described by metes and bounds in Exhibit " A", attached hereto and made a part hereof, also known as 616 Meadowlark Drive El Paso, TX 79922 | Residential | $288,000 | 255,839.00 |
| 17024150 | Maria Renteria | 14153 Robert Huarte, 79938 | Lot 12, Block 157, TIERRA DEL ESTE UNIT FORTY FOUR, an addition to the City of El Paso, El Paso County, Texas, according to the plat thereof, under Clerk's File No. 2005002217, Real Property Records, El Paso County, as 14153 Robert Huarte, El Paso, TX 79938. | Residential | 180,000.00 | 167,918.00 |
| 17020893 | Isreael & Lucina Treas 8R, Block 49 resurvey of said SAN ELIZARIO GRANT | 18820 TX HWY 20 SAN ELIZARIO GRANT made by El Paso County. | Torrallo, TX 79883 in El Paso County Texas, according to tax purposes. | Commercial | $126,000 | 102,120.00 |
| 17024713 | Beatriz Gonzalez | 6030 Yandell, 79905 | Lot 7, Block 16, WOMBLE ADDITION, an Addition to the City El Paso, El Paso County, Texas according to the map thereof on File in Book 13, Page 32, Plat Records of El Paso County Texas municipally known as 6030 Yandell Drive. El Paso, TX 79905. | Residential | 61,200.00 | 56214 |

1,470,628.00
Due to
Capital Bank

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **VEY FINANCE, LLC**                                              Case No. _____

                                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ *Managing Member* _____ of the _____ Corporation _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ *30* _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date _____ 5/13/2011 _____                    Signature _____

                                                                              Veronica L. Veytia
                                                                              Managing Member

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re:  VEY FINANCE, LLC

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| $1,392,803.00 | 2009 Income |
| $1,165,540.00 | 2010 Income |
| $680,303.01 | 2011 Year to Date Income |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

## 3. Payments to creditors

**Complete a. or b., as appropriate, and c.**

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account

None ☐

b. Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Bank of West 6700 N. Mesa El Paso, TX 79901 | January 2011 | $8,558.40 | |
| Bank of West 6700 N. Mesa El Paso, TX 79901 | February 2011 | $8,049.80 | |
| Bank of West 6700 N. Mesa El Paso, TX 79901 | March 2011 | $58,356.00 | $1,422,867.52 |

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re:  VEY FINANCE, LLC

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| Capital Bank<br>8700 Montana<br>El Paso, TX 79925 | January 2011 | $12,911.71 | |
| Capital Bank<br>8700 Montana<br>El Paso, TX 79925 | February 2011 | $12,911.71 | |
| Capital Bank<br>8700 Montana<br>El Paso, TX 79925 | March 2011 | $12,911.71 | $1,470,628.00 |
| El Paso County Tax Assessor/Collector<br>P.O. Box 2992<br>El Paso, TX 79999 | January 2011 | $310,000.00 | |
| Kemp Smith, LLP<br>221 N. Kansas, Suite 1700<br>El Paso, Texas 79901 | April 2011 | $5,000.00 | $29,152.60 |
| Casa Palmira<br>1517 Montana Avenue<br>El Paso, Texas 79902 | See Attached<br>Exhibit 3b. | | |
| Carlos and/or Veronica Veytia<br>500 Crown Point<br>El Paso, Texas 79912 | See attached<br>Exhibit 3b. | | |
| Carlos Veytia & Associates<br>1517 Montana Avenue<br>El Paso, Texas 79902 | See Attached<br>Exhibit 3b. | | |
| Rodolfo Mata, PC<br>1112 Montana Ave.<br>El Paso, TX 79902 | April 28, 2011 | $5,704.64 | |
| Jay Dunbar<br>501 Executive Center Blvd.,Ste. 210<br>El Paso, Texas 79902 | April 28, 2011 | $8,000.00 | |

None ☑ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors
who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this
bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

| CAPTION OF SUIT AND<br>CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| Compass Bank v. Vey Finance,<br>LLC, et al. | Suit on Promissory<br>Notes | Federal Court Western<br>District of Texas, El<br>Paso Division | Active |

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: VEY FINANCE, LLC

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding

the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

---

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned

to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must

---

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

---

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the

commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| U.S. District Clerk | Compass Bank v. Vey Finance, LLC Civil Action #EP-10-CV-00137 | May 31, 2010 | Money in Registry of Court in the amount of $251,993.00 |

---

## 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual

gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the

commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

---

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt

consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James & Haugland, P.C. 609 Montana Avenue El Paso, TX 79902 | April 11, 2011 | $750.00 |

B7 (Official Form 7) (04/10) - Cont.

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re:  VEY FINANCE, LLC

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

James & Haugland, P.C.          05/03/2011          $51,029.00
P.O. Box 1770
El Paso, Texas 79949-1770

---

**10. Other transfers**

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred
either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None ☑   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

**11. Closed financial accounts**

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

**12. Safe deposit boxes**

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately
preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER C SURRENDER, IF ANY |
|---|---|---|---|
| Bank of the West 6700 N. Mesa El Paso, TX 79912 | Carlos and Veronica Veytia 500 Crown Point El Paso, TX 79912 | Legal documents; titles; personal items | |

---

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this
case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied
during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

---

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  VEY FINANCE, LLC

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or
regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated
by the debtor, including, but not limited to, disposal sites.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

## 18. Nature, location and name of business

None ☑  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re: VEY FINANCE, LLC

Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of

more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or

self-employed in a trade, profession, or other activity, either full- or part-time.

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jay Dunbar<br>501 Executive Center<br>El Paso, Texas 79902 | 2006 - Present |
| Southwest Business Svc.<br>1148 Geronimo<br>El Paso, Texas 79925 | 2007 - Present |

None ☑ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Bank of the West<br>500 North Mesa<br>El Paso,Texas 79901 | Unknown |
| Capital Bank<br>8700 Montana Avenue<br>El Paso, Texas 79925 | Unknown |
| Compass Bank<br>690 Sunland Park<br>El Paso, Texas 79912 | Unknown |

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re: VEY FINANCE, LLC

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTERES |
|---|---|---|
| Veronica Veytia<br>500 Crown Point<br>El Paso, Texas 79912 | Casa Palmira, LP | 49.5% Limited Partner |
| Carlos Veytia<br>500 Crown Point<br>El Paso, Texas 79912 | Casa Palmira, LP | 49.5% Limited Partner |
| Vey Finance, LLC<br>7362 Remcon Circle<br>El Paso, Texas 79912 | Casa Palmira, LP | 1% General Partner |

---

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAG<br>OF STOCK OWNERSHIP |
|---|---|---|
| Veronica Veytia<br>500 Crown Point<br>El Paso, Texas 79912 | Member<br>Vey Finance, LLC | 50% |
| Carlos Veytia<br>500 Crown Point<br>El Paso, Texas 79912 | Member<br>Vey Finance, LLC | 50% |

---

### 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

---

None ☑

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,

bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

---

### 24. Tax Consolidation Group

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax

purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re:  VEY FINANCE, LLC

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

None

☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __5/13/2011_____

Signature _____

*Veronica L. Veytia*
*Managing Member*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

## Checks Written to Casa Palmira
### April 2010 to April 2011

| DATE | CK NUMBER | PAYEE | | | AMOUNT |
|---|---|---|---|---|---|
| 03/3/2010 | 1182 | Casa Palmira | | | 20,000.00 |
| 06/1/2010 | 1216 | Casa Palmira | | | 20,000.00 |
| 07/2/2010 | 1262 | Casa Palmira | | | 26,000.00 |
| 07/30/2010 | 1297 | Casa Palmira | | | 20,000.00 |
| 09/2/2010 | 1319 | Casa Palmira | | | 7,000.00 |
| 09/10/2010 | 1320 | Casa Palmira | | | 10,000.00 |
| 10/7/2010 | 1366 | Casa Palmira | | | 7,500.00 |
| 12/2/2010 | 1439 | Casa Palmira | | | 10,000.00 |
| 12/27/2010 | 1472 | Casa Palmira | | | 55,000.00 |
| 02/1/2011 | 1512 | Casa Palmira | | | 10,000.00 |
| 02/14/2011 | 1520 | Casa Palmira | | | 50,000.00 |
| 03/8/2011 | 1546 | Casa Palmira | | | 10,000.00 |
| 03/29/2011 | 1571 | Casa Palmira | | | 3,000.00 |
| 04/25/2011 | 1601 | Casa Palmira | | | 8,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT

3b.

**Checks Written to Carlos Veytia or Veronica Veytia   April 2010 to April 2011**

| DATE | CK NUMBER | PAYEE | | AMOUNT |
|------|-----------|-------|------|--------|
| 04/15/2010 | 1163 | Carlos Veytia | | 30,000.00 |
| 05/15/2010 | 1195 | Carlos Veytia | | 10,000.00 |
| 07/19/2010 | 1280 | Carlos Veytia | | 9,116.53 |
| 07/19/2010 | 1282 | Carlos Veytia | | 10,000.00 |
| 08/2/2010 | 1300 | Carlos Veytia | | 10,826.34 |
| 09/8/2010 | 1330 | Veronica Veytia | | 1,500.00 |
| 10/7/2010 | 1367 | Carlos Veytia | | 9,186.96 |
| 10/28/2010 | 1359 1395 | Carlos Veytia | | 10,000.00 |
| 11/5/2010 | 1405 | Veronica Veytia | | 2,000.00 |
| 01/7/2011 | 1482 | Carlos Veytia | | 10,000.00 |
| 12/1/2010 | 1405 1405 | Veronica Veytia | | 4,500.00 |
| 02/17/2011 | 1529 | Carlos Veytia | | 15000.00 |
| 03/7/2011 | 1548 | Carlos Veytia | | 15,000.00 |
| 04/10/2011 | 1576 | Carlos Veytia | | 220,000.00 |
| 04/25/2011 | 1600 11602 | Veronica Veytia | | 5,000.00 |
| 04/24/2011 | 1603 | Carlos Veytia | | 10,000.00 |
| | | | | |
| 04/25/2011 | TXF to Savings | Carlos & Veronica | Bank of the West | 20,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Checks Written to Carlos Veytia & Associates
### April 2010 to April 2011

| DATE | CK NUMBER | PAYEE | | AMOUNT |
|---|---|---|---|---|
| 06/3/2010 | 1225 | CVA | | 20,000.00 |
| 10/18/2010 | 1380 | CVA | | 5,000.00 |
| 03/14/2011 | 1550 | CVA | | 13,967.57 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

05/13/2011 06:46:12pm

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re: VEY FINANCE, LLC

CASE NO

CHAPTER   11

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:         **$1,100,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:         **$80,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | $0.00 |
| 4. Payroll Taxes: | $0.00 |
| 5. Unemployment Taxes: | $0.00 |
| 6. Worker's Compensation: | $0.00 |
| 7. Other Taxes: | $20,000.00 |
| 8. Inventory Purchases (including raw materials): | $0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | $0.00 |
| 10. Rent (other than debtor's principal residence): | $330.00 |
| 11. Utilities: | $0.00 |
| 12. Office Expenses and Supplies: | $500.00 |
| 13. Repairs and Maintenance: | $3,000.00 |
| 14. Vehicle Expenses: | $2,100.00 |
| 15. Travel and Entertainment: | $1,000.00 |
| 16. Equipment Rental and Leases: | $0.00 |
| 17. Legal/Accounting/Other Professional Fees: | $0.00 |
| 18. Insurance: | $5,000.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.): | $0.00 |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
|     **Bank of the West Debt Service** | $8,400.00 |
|     Capital Bank Debt Service | $12,911.71 |
|     **Compass Bank Debt Service (in Litigation)** | $0.00 |
| 21. Other (Specify): | |
|     **Bookkeeping Service** | $500.00 |

22. Total Monthly Expenses (Add items 3 - 21):     **$53,741.71**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):     **$26,258.29**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:   VEY FINANCE, LLC

CASE NO

CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____5/13/2011_____

Signature _____
Veronica L. Veytia
Managing Member

Date _____

Signature _____

Bank of the West
500 North Mesa
El Paso, TX 79901


Blanco Ordonez Wallace
5715 Cromo Drive
El Paso, TX 79912


Capital Bank
8700 Montana
El Paso, TX 79925


Capital One Visa
P.O. Box 85617
Richmond, VA 23285-5617


Carlos & Veronica Veytia
500 Crown Point
El Paso, TX 79912


Casa Palmira
1517 Montana
El Paso, Texas 79902


Compass Bank
690 Sunland Park
El Paso, TX 79912


Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0100


David Aelvoet
Linbarger, Goggan, Blair
711 Navarro, Suite 300
San Antonio, TX 78205

05/13/2011 06:16:50pm

Deborah Perez
323 Chelsea
El Paso, TX 79905


Edward & Jennifer Donnarumma
4129 Tierra Bronce
El Paso, TX 79938


El Paso Central Appraisal District
5801 Trowbridge
El Paso, TX 79925


El Paso County Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999


George Veytia
3900 Bancroft
El Paso, TX 79902


Gordon Davis Johnson
P.O. Box 1322
El Paso, TX 79947-1322


Intelligent Office
7362 Remcon Circle
El Paso, Texas 79912


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  19101-7346


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA  19114

James Marquez
325 Chelsea
El Paso, TX 79905


Jessica Pilson
5906 Cleveland
El Paso, TX 79905


Justin Boyce/Brenda Carillo
14153 Robert Ituerte
El Paso, TX 79938


Kemp Smith, LLP
221 N. Kansas Ste. 1700
El Paso, TX 79901


Monica Villegas
12664 Sun Trail
El Paso, TX 79938


Nick & Karen Ornelas
3021 Tierra Nova
El Paso, TX 79938


Parkland Capital
1701 E. Yandell
El Paso, TX 79902


Sistos, LLC
1516 Lomaland
El Paso, TX 79935


State Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528
Austin, TX 78711

Taylor Childcare, LP.
4841 Salem
El Paso, TX 79924


Terry Sponable
5906 Cleveland
El Paso, TX 79905


United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216


United States Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

United States Trustee
P.O. Box 1539
San Antonio, TX 78295


Verizon Wireless
P.O. Box 96088
Bellevue, WA 98009


Viola Veytia
3900 Bancroft
El Paso, TX 79902